**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

CHRIS DARRYL DRYE,                    )
                                      )
                 Petitioner,          )
                                      )
        v.                            )        1:09CV118
                                      )
ALVIN W. KELLER, JR.,                 )
                                      )
                 Respondent.          )

## ORDER

On May 8, 2009, the United States Magistrate Judge's
Recommendation was filed and notice was served on the parties
pursuant to 28 U.S.C. § 636.  Petitioner filed a general
objection to the Recommendation (Doc. 18) within the time limit
prescribed by Section 636.

Notwithstanding the general objection, the court has
reviewed Petitioner's objection <u>de</u> <u>novo</u> and finds it does not
change the substance of the United States Magistrate Judge's
rulings which are affirmed and adopted.[1]

**IT IS THEREFORE ORDERED** that Petitioner's motion for summary
judgment (Doc. 15) is denied, that Respondent's motion to dismiss
(Doc. 8) is granted, that the petition (Doc. 2) is dismissed,
that this action is dismissed, and that finding no substantial
issue for appeal concerning the denial of a constitutional right

---

[1] The court does note that at page 2 of the Recommendation the
date "April 26, 2009" should instead be "April 26, 2006."  Other
than that minor amendment, the Recommendation is adopted in its
entirety.

affecting the conviction, nor a debatable procedural ruling, a
certificate of appealability is denied.


                                      _William L. Osteen, Jr._
                                      **United States District Judge**
September 4, 2009